**FILED**

02/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0287

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23–287

PLANNED PARENTHOOD OF MONTANA, et al.,

Plaintiffs and Appellees,

v.

STATE OF MONTANA, et al.,

Defendants and Appellants.

On appeal from the Montana First Judicial District Court, Lewis and Clark County
Cause No. ADV 2023–299, the Honorable Mike Menahan, Presiding

## ORDER GRANTING EXTENSION

Upon consideration of Appellants' unopposed motion for an extension of time, Appellants are granted an extension of time to and including March 13, 2024 within which to prepare, serve, and file their reply brief in the above-entitled matter.

No further extensions will be granted.

**ELECTRONICALLY DATED AND SIGNED BELOW**

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
February 9 2024